**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01072-CR

**EXZAYVIA COSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-01027-U**

## ORDER

The Court **REINSTATES** the appeal.

On September 11, 2014, we ordered the trial court to make findings regarding whether the record could be supplemented with a substituted copy of the jury charge. We **ADOPT** the trial court's findings that: (1) the original clerk's record does not contain a copy of the jury charge; (2) during a hearing regarding the status of the jury charge, counsel for the State produced a copy of the court's charge to appellant's counsel for review; (3) appellant's counsel agreed the copy of the charge is the same as the original; and (4) a substituted copy of the charge is being filed with the trial court's findings. We have received the substituted charge.

The parties have filed their briefs. The appeal is at issue and will be set for submission in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS  
          JUSTICE